# GRAND OPENING

## MAY SPECIALS

# CHEAP CHEAP
**FUN!   FUN!   FUN!**

# DRIVE THRU

### DISCOUNTED CIGARETTES, BEER & LIQUOR

11066 New Halls Ferry Rd. North of I-270 at New Halls Ferry Road. Next to Carwash and Popeye's Chicken

# 314-741-9191

### Check Out Our Special In Back

**EXHIBIT 7**